IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 4:15-cv-00053-RN

| | |
|---|---|
| WARNER GIBBS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

ORDER

And now this __4th__ day of __December__, 2015, it is hereby ORDERED that plaintiff's counsel is permitted to attend the December 8, 2015, Motions Hearing without local counsel and by telephone.

_____
Robert T. Numbers, II
United States Magistrate Judge