UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WARNER GIBBS, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) No. 4:15-CV-53-RN |
| CAROLYN W. COLVIN, | ) |
| *Acting Commissioner of Social Security,* | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court DENIES Plaintiff's Motion for Judgment on the Pleadings, GRANTS Defendant's Motion for Judgment on the Pleadings and AFFIRMS the Commissioner's final decision.

This Judgment Filed and Entered on December 16, 2015 with service on:
Karl E. Osterhout (via CM/ECF Notice of Electronic Filing)
Paul B. Eaglin (via CM/ECF Notice of Electronic Filing)
David N. Mervis (via CM/ECF Notice of Electronic Filing)

Date: December 16, 2015    JULIE RICHARDS JOHNSTON, CLERK

　　　　　　　　　　　　　　　　　　　　　/s/ Lauren Herrmann
　　　　　　　　　　　　　　　　　　　　　Lauren Herrmann, Deputy Clerk